IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

GAIL RIVERS,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4354

Opinion filed November 13, 2014.

Petition for Writ of Mandamus -- Original Jurisdiction.

Gail Rivers, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

      DISMISSED.  See Logan v. State, 846 So. 2d 472 (Fla. 2004).

LEWIS, C.J., THOMAS and OSTERHAUS, JJ., CONCUR.